UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11CR00481 SNLJ |
| | ) |
| WILLIE BASSETT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Frederick R. Buckles (#218), filed on July 16, 2012, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#173) be **DENIED**.

Dated this 1st day of August, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE